# 03-15-00416-CV

Hello,

I am requesting an extension on the appeal record of trial cause number D-1-GN-15-000785. I am not able to prepare this in time. Thank you. Let me know if anything further action is needed. Thank you.

Carissa Crocker, CSR, 8808